[No. 44795-9-II. Division Two. February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES KEELE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-00152-4, Marilyn K. Haan, J., entered April 15, 2013. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 30439-6-III. Division Three. February 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL A. FREGOSO-GUERRERO, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 11-1-00328-1, John E. Bridges, J., entered November 10, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown, J., and Kulik, J. Pro Tem.

[No. 30827-8-III. Division Three. February 20, 2014.]

EAGER BEAVER, INC., *Appellant*, v. BULLDOG TRUCKING & EXCAVATION, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 08-2-01384-1, Ted W. Small, J., entered April 6, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J. Pro Tem.

[No. 31103-1-III. Division Three. February 20, 2014.]

SMAJO MESAN, *Appellant*, v. TYSON FOODS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-2-03101-1, Vic L. VanderSchoor, J., entered August 17, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J. Pro Tem.